Dismissed and Opinion filed September 26, 2002









Dismissed and Opinion filed September 26, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00588-CV

____________

 

CHARLES L. MCCALLISTER, Appellant

 

V.

 

RIVINGTON TOWNHOMES ASSOCIATION, INC. AND KRJ
MANAGEMENT, INC., Appellees

 



 

On
Appeal from the 270th District Court

Harris
County, Texas

Trial
Court Cause No. 01-00071

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 6, 2002.

On September 20, 2002, appellant filed a motion to dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed September 26, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).